FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT 10 AUG 16 AM 9: 21
FOR THE DISTRICT OF NEBRASKA

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Number: 8:10CV243 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| $13,750.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| | For _Defendant_ | _8/10/10_ |
| | For _Plaintiff_ | _8/13/10_ |
| | For | |
| | For | |
| | For | |